Mar. 25. 2009  1:46PM                                                                      No. 0693    P. 2

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:05CR00006-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 1:09cr15 MP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Barbara Joann Sapsin  11144 N.W. 115th Street  Chiefland, Florida 32636 | NORTHERN DISTRICT OF OHIO | Eastern |
| | NAME OF SENTENCING JUDGE  Peter C. Economus | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/4/2007 — TO 4/3/2010 |

**OFFENSE**

Count 1: 18 U.S.C. § 641 - Embezzlement of Public Money, Property or Records, a Class C Felony.
Count 3: 18 U.S.C. § 1028A - Aggravated Identity Theft, a Class E felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF OHIO</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/25/09
*Date*                                                                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Florida

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3.31.09
*Effective Date*                                                                                    *United States District Judge*